UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SYMBOL TECHNOLOGIES, INC. DERIVATIVE LITIGATION | X : : : Lead Civil Action No. 2:05-cv-04536-ENV-WDW |
| This Document Relates To:<br><br>ALL ACTIONS. | : (Derivative Action) : : : : : |

### JOINT STIPULATION AND [PROPOSED] OF VOLUNTARY DISMISSAL

WHEREAS, this is a shareholder derivative and putative class action filed on behalf of Symbol Technologies, Inc. ("Symbol") against certain of its officers and directors seeking to remedy certain alleged defendants' violations of law;

WHEREAS, on September 23, 2005, October 25, 2005 and January 6, 2006, respectively, three shareholder derivative actions were filed in this Court;

WHEREAS, on January 31, 2006, these actions were consolidated under *In re Symbol Technologies, Inc. Derivative Litigation*, No. 2:05-cv-04536-ENV-WDW;

WHEREAS, Plaintiffs filed their Verified Consolidated Shareholder Derivative Complaint on April 24, 2006. Shortly thereafter, on September 19, 2006, it was announced that Symbol had entered into a definitive merger agreement with Motorola, Inc. ("Motorola") whereby Motorola agreed to buy Symbol for $15 a share or $3.9 billion in cash;

WHEREAS, due to the announcement of the merger between Motorola and Symbol, Plaintiffs filed their Verified Consolidated Amended Shareholder Derivative and Class Action Complaint ("Complaint") on October 24, 2006. The merger was approved by shareholders and closed on January 9, 2007;

WHEREAS, Defendants served their Motion to Dismiss Plaintiffs' Complaint on February 8, 2007;

WHEREAS, Plaintiffs have reviewed Defendants' Motion to Dismiss and in light of the merger, the parties in this Action agree that it should be dismissed as against all Defendants; and

WHEREAS, upon the merger between Motorola and Symbol, the sole surviving shareholder entitled to notice pursuant to Federal Rules of Civil Procedure 23.1 is Motorola, rendering moot the need for notice of this dismissal of derivative claims.

**THEREFORE IT IS SO ORDERED:**

1. Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), the above-captioned Action is dismissed without prejudice against all Defendants.

2. Plaintiffs represent that no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or any of Plaintiffs' attorneys and no promise to give any such compensation has been made.

3. Each party shall bear his, her or its own costs and attorneys' fees subject to the provisions of Federal Rule of Civil Procedure 41(d).

DATED: New York, New York
March 23, 2007

LAW OFFICES OF THOMAS G. AMON
THOMAS G. AMON (TGA-1513)

_____
500 Fifth Avenue, Suite 1650
New York, NY 10110
Telephone: (212) 810-2431
Facsimile: (212) 810-2427

BULL & LIFSHITZ, LLP
JOSHUA M. LIFSHITZ
18 East 41st Street
New York, NY 10017
Telephone: (212) 213-6222
Facsimile: (212) 213-9405

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
CAROLINE A. SCHNURER
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Co-Lead Counsel for Plaintiffs

DECHERT, LLP

_____
WILLIAM K. DODDS
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

Counsel for defendants Robert J. Chrenc, Salvatore Iannuzzi, Edward Kozel, J. Michael Lawrie, George Samenuk, Melvin A. Yellin, William R. Nuti, John Bruno, James M. Langrock, Peter M. Lieb, Mark T. Greenquist and nominal defendant Symbol Technologies, Inc.

SO ORDERED

DATED: _____
      DISTRICT COURT JUDGE
      HONORABLE ERIC N. VITALIANO